DIABO, Respondent, v. DIABO, Appellant. (Supreme Court, Appellate Division, Fourth De-

partment. October 17, 1908.) Action by Delia Diabo against Baptiste Diabo. No opinion. *Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.*